

U.S. Department of Justice

Office of the United States Trustee

Eastern District of Wisconsin

---

517 E. Wisconsin Avenue     (414) 297-4499
Suite 430     FAX (414) 297-4478
Milwaukee, Wisconsin 53202

May 17, 2011

Honorable James E. Shapiro
U.S. Courthouse
517 East Wisconsin Avenue, Rm. 140
Milwaukee, WI 53202-4581

        In Re: Robert E. McCoy
        Case No. 11-24652-JES

Dear Judge Shapiro,

    Today I filed a Motion for Civil Contempt, in the above referenced case, related to bankruptcy petition preparer, Dawn M. Gomez Bess. I filed similar motions yesterday in the following cases:

MONICA KENNEDY, CASE NO.: 11-24247-MDM
APRIL VAUGHN, CASE NO.: 11-22612-MDM
MELISSA HEYN, CASE NO.: 11-23489-MDM
PORCHIA L. SCROGGINS, CASE NO.: 11-23768-MDM

These four cases are assigned to the Honorable Margaret Dee McGarity. Since the issues in this case are similar to those in the four cases before Judge McGarity, and in the interests of judicial economy, I hereby request that you permit this case to be heard by Judge McGarity in connection with the others.

                                              Sincerely,

                                              DEBRA L. SCHNEIDER
                                              Attorney for the United States Trustee

C. Robert E. McCoy