FILED - MAIL
2011 JUN 10 AM 11: 06
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

Honorable Judge Susan V Kelly

I Dawn M. Gomez Bess have just today recieved five Subpoenas to be in court June 13th 2011 at 1:00 Re: Case numbers- 11-24247, 11-23489, 11-24652, 11-22612 and 11-23768

I do not undestand how something dated May 24th 2011 is just now being delivered to me today June 9th 2011.

I do not unstand why Andrew Fromsteins court papers are continuing to be sent to my address

I am respectfully requesting that this court hearing be set at a later date.

I request this because I am just now being notified and I already have prepaid obligations out of town on June 13th 2011, my daughter has just graduated high school.

I will gladly give you any answers to any questions that you have for me concerning Porchia, April, Robert, Mellissa, Monica, however I am respectfully requesting that it be done at a later date. Anytime after June 15th 2011.

Thank You very much for your time,

Dawn M. Gomez Bess

*[signature]* 6/9/11