*(Content rotated 90° on page)*

TRANSMISSION VERIFICATION REPORT

TIME : 06/02 12:06

DATE,TIME          06/02 12:02
FAX NO./NAME       2765350
DURATION           00:03:48
PAGE(S)            09
RESULT             OK
MODE               STANDARD

**EXHIBIT**
12

*handwritten at top:* 414 276 5350

# Community Financi al Service Center #14
## *Cover Sheet*
## 1312 W VLIET ST.
## Milwaukee, Wisconsin
## 53205

(414) 875-6613
(414) 937-6930 FAX

========================================

Date: June 2 2011          Total pages: 8

Company Name: CHapt 7 Trustee

Attention: ~~Adrian Trzebiatowski~~ Douslas Man

From: adnan Trzebiatowsk,

Notes:

_____
_____
_____
_____
_____
_____
_____
_____

B 280
(10/05)

# United States Chapter 128 Court

_____Eastern_____ District Of __Wisconsin__

In re _Adrian Wiahwi_
        Debtor

Case No. _____

Chapter ___7___

## DISCLOSURE OF COMPENSATION OF Chapter 128 PETITION PREPARER
*[Must be filed with the petition if a bankruptcy petition preparer prepares the petition. 11 U.S.C. § 110(h)(2).]*

1. Under 11 U.S.C. § 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For document preparation services I have agreed to accept............ $ 125.00

   Prior to the filing of this statement I have received................ $ 125.00

   Balance Due......................................................... $ 0

2. I have prepared or caused to be prepared the following documents (itemize): Chapter 128 typing

   and provided the following services (itemize):

3. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

4. The source of compensation to be paid to me is:
   ☐ Debtor          ☐ Other (specify)

5. The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6. To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

NAME

_____signature_____
The Preparers
Printed name and title, if any, of Chapter 128
            Petition Preparer
Address: 9131 W. Beloit Rd. # 101

Milwaukee, WI. 53227

SOCIAL SECURITY NUMBER

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

Social Security number of bankruptcy petition preparer (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Date

---

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Mont Martin

Trustee

Offices are open Monday-Friday 8:00-5:00

and Evenings and Saturdays by appointment

Call us: 414-258-8880

933 N. Mayfair Rd.

Suite 107

Milwaukee, WI 53226

South of Mayfair Mall

2741 W. Layton Suite 106

Milwaukee, WI 53221

27th and Layton

| Name of Creditor | Address of Creditor (incl. city, state, zip) | Account Number | Amount Due |
|---|---|---|---|
| We Energies | PO Box 2046 Milwaukee, WI. 53201-2046 | 8416-813 699 | 4,934.42 |
| AT+T | | 414-372-4697-5335 | 192.51 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | Trustee 512.69 |

☐ Check box if additional pages attached

**TOTAL AMOUNT INCLUDED IN PLAN**   $ 5639.62

$156.66

Created by Milwaukee Justice Center
Updated 04/2010

United States Bankruptcy Court
Eastern District of Wisconsin

## Notice of Bankruptcy Case Filing

**Bankruptcy Case Number 11-27104**
concerning the debtor(s) listed below was filed under
**Chapter 7** of the United States Bankruptcy Code on
**05/04/2011** at **12:26 PM** and entered into the Case
Management/Electronic Case Filing system on
05/04/2011 at 12:37 PM.

**Adrian J Trzebiatowski**
2525 N 22nd St
Milwaukee, WI 53206
SSN / ITIN: xxx-xx-8801



3

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, however the debtor may request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.wieb.uscourts.gov or at the Clerk's Office, Room 126, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202-4581.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**JANET L. MEDLOCK**
**Clerk, U.S. Bankruptcy**
**Court**

Matrix

We Energies
POB 2046
Milwaukee, Wisconsin 53201-2046

Pro. desk,
297-3291 ext 3043

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 27, 2011



Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Adrian Trzebiatowski, Debtor. | Case No. 11-27104-svk<br>Chapter 7 |

### ORDER DISMISSING CASE

The Debtor filed this case without filing a Certificate of Counseling showing that the Debtor had obtained the pre-filing credit briefing required by Bankruptcy Code § 109(h). Due notice was given to the Debtor of this deficiency, and the Debtor failed to file the required certificate.

The Court therefore ORDERS that this bankruptcy case is DISMISSED, effective immediately. The Debtor may file a new case, but before doing so, the Debtor must obtain a pre-filing credit briefing or otherwise comply with the credit counseling requirements.

#####

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 06, 2011



*Susan V. Kelley*
Honorable Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WISCONSIN

In re:
Adrian Trzebiatowski,

Debtor.

Chapter 7
Case No. 11-27104-svk

## ORDER: POSSIBLE FUTURE DISMISSAL OF CASE

Bankruptcy Code § 521(a) requires debtors to file certain information. Bankruptcy Rule 1007 sets a time limit for these documents of 14 days from the filing of the petition. If the debtor does not file the documents within 14 days, and does not request an extension of time, the U.S. Trustee may move to dismiss the debtor's case. However, even if no party requests dismissal, § 521(i) requires "**automatic dismissal**" of cases when the debtor does not file all of the information required by § 521(a)(1) within 45 days of the date of the petition. The 14-day deadline in this case is May 18, 2011. **The 45-day deadline in this case is June 20, 2011.**

The Clerk has determined that the Debtor in this case has failed to file the following required documents:

- **Form B 6 Schedules (A-J and Declaration)**
- **Statement of Financial Affairs**
- **Form B22A Current Monthly Income**

In order to prevent automatic dismissal of this case, the Debtor must either file the required information by the deadline or file a written motion to extend the deadline before the 45-day deadline expires. The Court will determine whether any extension will be granted or denied.

In addition to the above documents that require automatic dismissal if not filed, you must file:

- **Summary of Schedules**
- **Statistical Summary**
- **Declaration of Debtor's Schedules**

You should discuss this Order with your bankruptcy attorney. If you do not have an attorney, you may wish to consult one. The Court's website, www.wieb.uscourts.gov has information about the Bankruptcy Help Desk for those who do not have an attorney.